| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:01-982-004 |
| | FILED JUN - 4 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIF. OAKLAND | DOCKET NUMBER (Rec. Court) CR 08-379 SBA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Wade Rogers<br>910 22nd Avenue, #5<br>Oakland, CA 94606 | South Carolina | Columbia |
| | NAME OF SENTENCING JUDGE | |
| | Matthew J. Perry, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 4, 2006    TO May 4, 2011 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute and Distribution of five Kilograms or More of Cocaine.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 30 2008
Date

Matthew J. Perry, Jr.
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-2-08
Effective Date

United States District Judge

(Form Revised in WP80 by D/SC - 9/97)